UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
SHARON LASHLEY,

                  Plaintiff,

    -against-

MICHAEL SPOSATO, Sheriff of Nassau County
Correctional Center, SERGEANT MORRONE, #125,
CORPORAL O'HEA, #365, CORRECTION OFFICER
GROSS, in their individual capacities,

                  Defendants.
----------------------------------------------------------------X
FEUERSTEIN, District Judge:

**MEMORANDUM & ORDER**
13-CV-06343(SJF)(WDW)

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★ MAR 31 2014 ★

LONG ISLAND OFFICE

I.    Introduction

On November 13, 2013, *pro se* plaintiff Sharon Lashley ("plaintiff") filed a civil rights complaint in this Court pursuant to 42 U.S.C. § 1983 ("Section 1983") against defendants, Sheriff Michael Sposato ("Sheriff Sposato"), Sergeant Morrone, #125, ("Sgt. Morrone"), Corporal O'hea, #365, ("Cpl. O'hea"), and Correction Officer Gross ("C.O. Gross") (collectively, "defendants"), accompanied by an application to proceed *in forma pauperis*.

By Order dated January 30, 2014, *inter alia*, plaintiff's Section 1983 claims against Sheriff Sposato were dismissed with prejudice pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1) for failure to state a claim for relief, unless plaintiff filed an amended complaint repleading her Section 1983 claims against Sheriff Sposato on or before March 3, 2014. On January 31, 2014, the Clerk of the Court served notice of entry of that Order upon plaintiff. To date, plaintiff has not filed an amended complaint against Sheriff Sposato, nor sought an extension of time to do so. Accordingly, for the reasons set forth in the January 30, 2014 Order, plaintiff's claims against Sheriff Sposato are dismissed with prejudice.

Pursuant to Rule 77(d)(1) of the Federal Rules of Civil Procedure, the Clerk of the Court shall serve notice of entry of this order upon all parties in accordance with Rule 5(b) of the

Federal Rules of Civil Procedure.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of any appeal. See Coppedge v. United States, 369 U.S. 438, 444-45, 82 S. Ct. 917, 8 L. Ed. 2d 21 (1962).


**SO ORDERED.**                                  s/ Sandra J. Feuerstein
                                                 Sandra J. Feuerstein
                                                 United States District Judge

Dated:      March 31, 2014
            Central Islip, New York