FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 17 2017 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
SHARON LASHLEY,

                Plaintiff,

    - against -

SERGEAT MORRONE, CORPORAL O'HEA,
OFFICER GROSS, THE COUNTY OF NASSAU,
THE NASSAU COUNTY CORRECTIONAL
CENTER, NASSAU COUNTY CORRECTION
OFFICERS JOHN DOES NUMBERS 1-10,

                Defendants.
----------------------------------------X

CV-13-6343 (JMA) (SIL)

STIPULATION AND ORDER
OF DISMISSAL

IT IS HEREBY STIPULATED, CONSENTED AND AGREED, by and between the undersigned, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, that the above-entitled action is dismissed with prejudice and without costs or attorneys' fees to any party.

Dated: July 28, 2017

RAISER & KENNIFF, P.C.

By: _____
Anthony J. Colleluori, Esq.
300 Old Country Road, Suite 351
Mineola, New York 11501
(516) 742-7600
Attorneys for Plaintiff

CARNELL T. FOSKEY
Nassau County Attorney

By: _____
Liora M. Ben-Sorek
One West Street
Mineola, New York 11501
(516) 571-3014
Attorney for County Defendants

_____
Sharon Lashley
Plaintiff


STATE OF NEW YORK )
                  Kings  ss.:
COUNTY OF ~~NASSAU~~ )

On the 27 day of ~~May,~~ July 2017 before me personally appeared Sharon Lashley, known to me to be the individual who executed the within Settlement Agreement and Release.

_____
Notary Public


SO ORDERED:
S/ Joan M. Azrack
_____
Hon. Joan M. Azrack
United States District Judge

October 17, 2017